**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

IN THE UNITED STATES DISTRICT COURT

FOR THE

Arthur Snead, # 40592-066
         Petitioner
FMC Devens
P.O. Box 879
Ayer, MA  01432

(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS.                                              CIVIL ACTION NO._____

David L. Winn, Warden,
         Respondent(s)
FMC Devens
P.O. Box 880
Ayer, MA  01432

(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns: (check appropriate blank)

**XX**_____  A conviction
_____  A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
_____  Jail or prison conditions
_____  Prison discipline issue
_____  A parole problem
_____  Other.  State briefly: _____
_____
_____
_____

2. Place of detention:  Federal Medical Center, Fort Devens, Ayer, Massachusetts
_____
_____

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

__XXX__ Yes   _____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: __United States District Court, Middle District of Pennsylvania.__

b. Nature of proceeding: __28 USC §2241__

c. Grounds raised: __Sentencing Guidelines Claim/Gatekeeper Provision of the AEDPA.__

d. Result: __Denied__

e. Date of result: __Petitioner Suffers From Advanced Alzheimers Desease and cannot recall.__

f. Citation or number of any written opinion or order entered pursuant to each such disposition: __See Arthur Snead v. Warden, FCI Allenwood, case no. 1:CV-99-2181__

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

__Please see Memorandum In Support Attached Herewith.__

5. Does counsel presently represent you? _____ Yes __XXX__ No

If so, Name address and phone number of counsel: __N/A__

6. Name and location of court, which imposed sentence: __United States District Court Eastern District of Pennsylvania__

2

7. Indictment or case number, if known: **No. 89-00111-01**

8. Offense or Offenses for which sentence was imposed: **18 USC § 2113 (d)/18 USC §371 Armed Bank Robbery and Conspiracy**

9. Date upon which sentence was imposed and the term of the sentence: **1989**

10. When was a finding of guilt made? (Check one)
_____ After a plea of guilty

**XXX** After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
**XXX** A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? **XXX** Yes \_\_\_\_\_ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: **United States Court of Appeals Third Circuit**

b. Result: **Denied**

c. Date of result: **1994 (see U.S. v. Brant 1993 WL 313369 (E.D. Pa.)**

d. Citation or number of opinion: **See above**

e. Grounds raised: (List each one)   **See above**

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: **See Memorandum In Support Attached Hereto**

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

**See Attached Memorandum**

b. Ground Two: **See Memorandum In Support Attached Hereto**

Supporting Facts: **See Attached Memorandum**

Ground Three: **See Memorandum In Support Attached Hereto**

Supporting Facts: **See Attached Memorandum**

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes   **XXX**   No

(1) If your answer to "a" above is yes, what was the result? __**N/A**__

(2) If your answer to "a" above is no, explain: __**N/A**__

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes   **XXX**   No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:

__**N/A**__

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

~~My conviction was obtained in violation of the Constitution of the United States in that the Court and the Government abused their authority. Please see attached Memorandum In Support.~~

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Vactate Judgement and Conviction and grant new trial.
Or, alternatively, any relief the court deems appropriate.

Signed on this the ___25___ day of ___**August**___, 200_4_.

*(signature)*
Signature of petitioner

I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.

**Executed on:** ___August 25___, 200_4_.

*(signature) Arthur Snead*
Signature of petitioner

40542-066

6