UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Arthur Snead,
       Petitioner,

    v.

David L. Winn, Warden.

       Respondent.

CIVIL ACTION

NO.   04-40174-JLT

## O R D E R

On August 30, 2004, petitioner Arthur Snead, filed a petition for a writ of habeas corpus under Section 2241 and paid the applicable filing fee.

ACCORDINGLY, it is hereby ordered that:

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (a) David L. Winn, Warden, Federal Medical Center, Camp Devens, P.O. Box. 880, Ayer, MA 01432; and (b) the United States Attorney;  AND

(2) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

 9/9/04
Date

 s/ Joseph L. Tauro
United States District Judge

(2241servINS.wpd - 09/00)                                                                                              [2241serv.]