```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                               )
ARTHUR SNEAD                   )
                               )
     v.                        )    Civil No.  04-40174-JLT
                               )
DAVID L. WINN, WARDEN,         )
                               )
            RESPONDENT.        )
_____)
```

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby requests the Clerk to notice his appearance in the above-captioned matter.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

        By: /s/ Gregory Moffatt
                GREGORY MOFFATT
                Assistant U.S. Attorney
                617-748-3370

DATED: September 22, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have on this 22nd day of September, 2004, served upon Petitioner Arthur Snead, #40542-066, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432, a copy of the foregoing document by United States mail.

                /s/ Gregory Moffatt
                GREGORY MOFFATT