# United States District Court
# District of Massachusetts

ARTHUR SNEAD, SR.,
    Petitioner,

V.                              CIVIL ACTION NO. 2004-40174-JLT

DAVID L. WINN, Warden,
    Respondent.

## ORDER

COLLINGS, U.S.M.J.

    The petitioner shall file and serve a reply brief in response to the Motion to Dismiss Petition for Writ of Habeas Corpus Under Title 28, U.S.C. § 2241 (#7) *on or before the close of business on Monday, November 29, 2004.*

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 18, 2004.