

```
           OF
    B. COLLINGS
    AGISTRATE JUDGE

    OCT 1  2004

 UNITED STATES DISTRICT COURT
    BOSTON, MASSACHUSETTS
```

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

October 18, 2004

Honorable Robert B. Collings
United States Magistrate Judge
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re:   Snead v. Winn
            C.A. No. 04-40174-JLT

Dear Judge Collings:

    This letter is to explain the filing of two duplicative responses to petitioner Snead's habeas petition, those being an "Opposition to Petition for Writ of Habeas Corpus Under 28 U.S.C. §2241 and Motion to Dismiss" filed on September 22 by AUSA Gregory Moffatt, and a "Motion to Dismiss Petition for Writ of Habeas Corpus Under Title 28, U.S.C. §2241" filed on October 12 by AUSA Mark J. Balthazard.

    Apparently because of a miscommunication within the United States Attorney's Office, Snead's petition was forwarded for response to both AUSA Moffatt and Balthazard, who had been the duty attorneys on successive weeks. The dual assignment was not discovered until the second response was filed.

    We regret any confusion to the Court. The United States will proceed in this matter in reliance on both pleadings. AUSA Balthazard will hereafter assume sole responsibility for this matter.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney
                      By:
                                    MARK J. BALTHAZARD
                                    GREGORY MOFFATT
                                    Assistant U.S. Attorney

cc:    Arthur Snead