FILED
IN CLERKS OFFICE

2004 NOV -2 P 1: 38

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Arthur Snead <br>     Pro-se <br><br>   v. <br><br> David L. Winn <br> Federal Medical Center, Devens <br> Ayer, Massachusetts | ) <br> ) <br> ) <br> ) <br> )   Case No: 04-40174-JLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO DISMISS WRIT OF HABEAS CORPUS
## 2241 FOR PETITIONER SNEAD

**Arthur Snead** requests with this Honorable Court to with-draw said 2241 Writ of Habeas Corpus motion without prejudice.

Dated: November 1, 2004

Submitted by

Arthur Snead 40542-066
F.M.C. Devens Medical Center
P.O. Box 879
Ayer, Mass 01432