IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ARTHUR SNEAD, SR., :
    Petitioner
                            :

      v.                  :        Civil Action NO. 04-40174-JLT

                            :

DAVID L. WINN, Warden
    Respondent            :

---

## RESPONDENT'S ASSENT TO PETITIONER'S MOTION TO DISMISS WRIT OF HABEAS CORPUS

The Respondent David L. Winn, Warden of Federal Medical Center, Devens, by and through Michael J. Sullivan, United States Attorney, District of Massachusetts, and Mark J. Balthazard, Assistant United States Attorney, hereby assents to Petitioner's "Motion to Dismiss Writ of Habeas Corpus 2241 for Petitioner Snead." As set forth in detail in Respondent's two previously-filed responses, the United States District Court for the District of Massachusetts lacks jurisdiction to consider Petitioner's habeas motion. Thus, Respondent assents to

Petitioner's motion that it be dismissed.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney


                    By:   /s/ Mark J. Balthazard
                          MARK J. BALTHAZARD
                          Assistant U.S. Attorney

Date: November 8, 2004


## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2004, I caused a copy of the above to be served on the Petitioner by causing it to be mailed first class mail, postage prepaid, to Arthur Snead, Number 40542-066, FMC Devens, Unit P-3, P.O. Box 879, Ayer, Massachusetts 01432.

                          /s/ Mark J. Balthazard
                          MARK J. BALTHAZARD
                          Assistant U.S. Attorney