# United States District Court
# District of Massachusetts

ARTHUR SNEAD, SR.,
    Petitioner,

V.                                    CIVIL ACTION NO. 04-40174-JLT

DAVID L. WINN, Warden,
    Respondent.

## *REPORT AND RECOMMENDATION ON MOTION TO DISMISS WRIT OF HABEAS CORPUS 2241 [SIC] FOR PETITIONER SNEAD   (#10)*

COLLINGS, U.S.M.J.

    I RECOMMEND that the Motion to Dismiss Writ of Habeas Corpus 2241 [sic] for Petitioner Snead (#10) be ALLOWED and that the Petition be DISMISSED without prejudice. The Government assents to the allowance of the motion. *See* #11.

    The parties are hereby advised that pursuant to Rule 72, Fed. R. Civ. P.,

any party who objects to these recommendations must file a specific written objection thereto with the Clerk of this Court within 10 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1 Cir., 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1 Cir., 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1 Cir., 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1 Cir., 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1 Cir., 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 9, 2004.